*Sunbury,
Monday,
June 7.*                            Case of Shamokin Road.

No order for      UPON a *certiorari*, to remove all proceedings in the
opening a road      case of a road called *Shamokin Creek Road*, one excep-
having been taken
out below, this  tion was, that the breadth of the road was not fixed by the
Court sent the   judgment of the Quarter Sessions: No order for opening
proceedings down
to the Quarter   the road had been taken out.
Sessions, to give
them an oppor-    *Greenough*, against the road.
tunity of com-
pleting their    *Bradford*, in favour of it.
order by fixing
the breadth of the   It appearing that the Court below had made no order re-
road.            specting the width of the road, this Court remanded the
                 proceedings to give the Quarter Sessions an opportunity of
                 completing their order.